**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOAQUIN HERRERA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC., )<br>)<br>  Defendants. ) | Case No. 23-cv-2098 |

### STIPULATION TO DISMISS ACTION

IT IS HEREBY stipulated and agreed by and between the Plaintiff, JOAQUIN HERRERA, the Defendant, WALMART INC., acting as their respective attorneys, that the action filed against the Defendant by the Plaintiff, JOAQUIN HERRERA is hereby dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this _____ day of December, 2024

Respectfully submitted,

| | |
|---|---|
| s/Ariel T. Flood | s/David A. Rabinowitz |
| Ariel T. Flood, Esq. | David A. Rabinowitz |
| JOHNSON & BELL, LTD. | Dworkin & Maciariello |
| flooda@jbltd.com | drabinowitz@dmchicagolaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |